# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:25-mj-00035-GMH All Defendants

Case title: USA v. SANCHEZ-PUENTES

Date Filed: 03/11/2025

Assigned to: Magistrate Judge G. Michael Harvey

**Defendant (1)**

JULIO CESAR SANCHEZ-PUENTES represented by **Tezira Abe**
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Ave NW
Suite 550
Washington, DC 20004
202-208-7500
Email: tezira_abe@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in violation of 8:1325(a)(1) | |

**Plaintiff**

USA represented by **Megan Elizabeth McFadden**
DOJ-USAO

601 D Street NW
Washington, DC 20579
202-486-2659
Email: megan.mcfadden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 03/11/2025 | | | Arrest (Rule 5) of JULIO CESAR SANCHEZ-PUENTES on Warrant issued by United States District Court for the Western District of Texas executed on 03/10/2025 (zljn) (Entered: 03/11/2025) |
| 03/11/2025 | 1 | ☐ | Arrest Warrant Returned Executed on 03/10/2025 as to JULIO CESAR SANCHEZ-PUENTES. Warrant issued out of El Paso, Texas. (Attachments: # 1 Complaint)(zljn) (Entered: 03/11/2025) |
| 03/11/2025 | | | ORAL MOTION to Appoint Counsel by JULIO CESAR SANCHEZ-PUENTES. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | | ORAL MOTION for Temporary Detention by USA as to JULIO CESAR SANCHEZ-PUENTES. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | | ORAL MOTION for Release from Custody by JULIO CESAR SANCHEZ-PUENTES. (zltp) (Entered: 03/12/2025) |
| 03/11/2025 | | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance in Rule 5 Proceedings as to JULIO CESAR SANCHEZ-PUENTES held on 3/11/2025. Oral Motion to Appoint Counsel as to JULIO CESAR SANCHEZ-PUENTES (1); heard and granted. The Court advised the Government of its Due Process Obligations under Rule 5(f). Notice of Right to Consular Notification given to Defendant; Defendant declines Consular Notification. Continued Initial Appearance in Rule 5 Hearing set for 3/12/2025 at 1:00 PM in Courtroom 6- In Person before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant held without Bond; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 6: [4:40:57 - 5:32:11]; Defense Attorney: Tezira Abe; US Attorney: Megan McFadden; Pretrial Officer: Da'Shanta Lewis. (zltp) (Entered: 03/12/2025) |
| 03/12/2025 | | | Set/Reset Hearings as to JULIO CESAR SANCHEZ-PUENTES: **TIME CHANGE** Continued Initial Appearance in Rule 5 Hearing rescheduled to 3/12/2025 at 4:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zltp) (Entered: 03/12/2025) |

| 03/12/2025 | | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Continued Initial Appearance in Rule 5 Proceedings as to JULIO CESAR SANCHEZ-PUENTES held on 3/12/2025. Oral Motion by the Government for Temporary Detention as to JULIO CESAR SANCHEZ-PUENTES (1); heard and denied. Oral Motion for Release from Custody as to JULIO CESAR SANCHEZ-PUENTES (1); heard and granted. Defendant ordered to report to the U.S. District Court of the Western District of Texas within 30 days of release from custody. Bond Status of Defendant: Defendant Released/Release Issued; Court Reporter: FTR GOLD; FTR Time Frame: CTRM 6: [4:36:05 - 5:57:30]; Defense Attorney: Tezira Abe; US Attorney: Megan McFadden; Pretrial Officer: Daniel Higgins. Interpreter (Spanish): Manuela Crisp. (zltp) (Entered: 03/14/2025) |
| 03/12/2025 | 4 | ☐ | WAIVER of Rule 5(c)(3) Hearings by JULIO CESAR SANCHEZ-PUENTES. (zltp) (Entered: 03/14/2025) |
| 03/12/2025 | 5 | ☐ | ORDER Setting Conditions of Release as to JULIO CESAR SANCHEZ-PUENTES (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 3/12/2025. (Attachments: # 1 Appearance Bond) (zltp) (Entered: 03/14/2025) |
| 03/12/2025 | | | Terminate Hearings as to JULIO CESAR SANCHEZ-PUENTES: Continued Initial Appearance in Rule 5 Proceedings as to JULIO CESAR SANCHEZ-PUENTES held and concluded on 3/12/2025. (zltp) (Entered: 03/14/2025) |

[View Selected]

or

[Download Selected]

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Julio ~~Jose~~ Sanchez-Puentes<br>*Defendant* | Case No. 25-MJ-35<br><br>Charging District's Case No. |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/11/2025

Julio Sanch[ez]
*Defendant's signature*

/s/ Teodira Age
*Signature of defendant's attorney*

Teodira Age
*Printed name of defendant's attorney*