UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-MJ-00789-ATB |
| **JULIO CESAR SANCHEZ-PUENTES** | : | |

### NOTICE REGARDING DEFENDANT'S STATUS

Mr. Julio Cesar Sanchez-Puentes, through undersigned counsel[1], files this notice to inform the court of his status in immigration detention. Specifically, undersigned counsel writes to inform this court of the likelihood that he will not be able to appear at the currently set April 14, 2025, hearing before this court. In support, Mr. Sanchez-Puentes shows:

1. On March 11, 2025, Mr. Sanchez-Puentes was arrested on a warrant issued by this court and presented to a magistrate judge in the United States District Court for the District of Columbia for an initial appearance and Rule 5 proceedings. During the hearing, the government sought detention and undersigned counsel sought Mr. Sanchez-Puentes's release pending future proceedings in front of this court.

2. On March 12, 2025, during continued Rule 5 proceedings, undersigned counsel presented proof of Mr. Sanchez-Puentes's active and valid Temporary Protected Status and argued he would comply with the court's orders. After argument, the presiding magistrate judge ordered Mr. Sanchez-Puentes released on conditions, which included the requirement that Mr. Sanchez-Puentes report to this court at the date and time set by this court. In addition, the magistrate judge

---

[1] Undersigned counsel was appointed to represent Mr. Sanchez-Puentes in Rule 5 proceedings in the U.S. District Court for the District of Columbia. Counsel files this notice only to inform this court of Mr. Sanchez-Puentes's status in detention because Mr. Sanchez-Puentes has not yet been appointed counsel in the Western District of Texas. Undersigned counsel does not intend for this to be a notice of appearance on behalf of Mr. Sanchez-Puentes in this court.

1

in the District of Columbia ordered Mr. Sanchez-Puentes to report as instructed to the pretrial services officer assigned to his case.

3. On the morning of March 13, 2025, Mr. Sanchez-Puentes was transported from the D.C. Department of Corrections to Immigration and Customs Enforcement custody. That same afternoon, he was released.

4. Undersigned counsel has now been informed that on Friday, March 21, 2025, Mr. Sanchez-Puentes was again arrested in front of his children by agents wearing Drug Enforcement Administration vests. In the eight days between his release on March 13, 2025, and his re-arrest, Mr. Sanchez-Puentes—with the help of an investigator from the Federal Public Defender's Office who translated the calls—had twice made contact with his assigned pretrial services officer, in compliance with his conditions of release. Undersigned counsel has informed the District of Columbia pretrial services officer assigned to Mr. Sanchez-Puentes's case of his present status. Mr. Sanchez-Puentes had also begun making plans to travel to El Paso to appear in front of this court on April 14, 2025.

5. A habeas petition has been filed on Mr. Sanchez-Puentes's behalf in the United States District Court where he is being held, but the Administration has not provided any information as to why he is being held or if he might be released. Nor has a ruling on his petition been made by that court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
TEZIRA ABE
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March, 2025, I electronically filed the foregoing Notice Regarding Defendant's Status with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Duty AUSA-El Paso
700 E. San Antonio, Suite 200
El Paso, TX 79901

                                            /s/  TEZIRA ABE